# HILO FINANCE & THRIFT COMPANY, LIMITED
## v. GEORGE B. CAREY.

## NO. 2935.

ARGUED OCTOBER 2, 1953.                    DECIDED OCTOBER 7, 1953.

LE BARON, J., AND CIRCUIT JUDGES CORBETT
AND HEWITT IN PLACE OF TOWSE, C. J.,
AND STAINBACK, J., DISQUALIFIED.

*Per Curiam.* This is an action in assumpsit to re-
cover unpaid balances due upon three promissory notes
which are the last to be satisfied out of a series of forty-
nine notes between the same parties. (For a fuller de-
scription of that series, see *Hilo Finance & Thrift Co.* v.
*Carey,* 37 Haw. 503.) The action was tried, jury waived,
after which the trial judge by written decision found for
the plaintiff, as payee, and accordingly entered judgment
against the defendant, as payor. The defendant appeals
by way of exceptions and relies in his specification upon
two alleged errors. Of the two, only one merits considera-
tion. It challenges a finding of fact which the trial judge
made in his written decision. The finding as set forth
in the defendant's specification of error is "that the parties
did not enter into a contract prior to the commencement
of the action herein for the settlement of defendant's
note indebtedness involved herein."

The evidence pertaining to the existence or nonexist-
ence of such a contract is conflicting not only between the
testimony of the defendant and that of two rebuttal wit-
nesses for the plaintiff but between the defendant's testi-
mony on direct examination and his testimony on cross

examination. Moreover, the trial judge's finding of fact upon such conflicting evidence involves the weight of that evidence and the credibility of witnesses which were within his exclusive province to decide as the trier of fact in a jury-waived case. No citation of authorities is necessary to say that this court on appellate review will not disturb that finding where, as here, there is substantial evidence, more than a mere scintilla, to support it.

Exceptions overruled.

*B. Houston* (also on the briefs) for appellant.

*G. E. Cox* (*Smith, Wild, Beebe & Cades* with him on the brief) for appellee.